STROOCK & STROOCK & LAVAN LLP
ARJUN P. RAO (State Bar No. 265247)
JULIETA STEPANYAN (State Bar No. 280691)
ALINA N. EDEP (State Bar No. 341169)
2029 Century Park East
Los Angeles, CA  90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
Email: *lacalendar@stroock.com*

Attorneys for Defendant
 JPMORGAN CHASE BANK, N.A.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHY CAPPS AND LORING CAPPS,<br><br>            Plaintiffs,<br><br>    vs.<br><br>JPMORGAN CHASE BANK, N.A., EXPERIAN INFORMATION SOLUTIONS, INC., AND TRANS UNION LLC,<br><br>            Defendants. | Case No. 2:22-cv-00806-TLN-JDP<br><br>[Assigned to the Hon. Troy L. Nunley]<br><br>**STIPULATION AND ORDER TO FURTHER EXTEND DEFENDANT JPMORGAN CHASE BANK'S TIME TO RESPOND TO COMPLAINT**<br><br>Complaint Served: May 12, 2022<br>Current Response Date: July 5, 2022<br>New Response Date: July 12, 2022 |

Plaintiffs Kathy and Loring Capps ("Plaintiffs") and defendant JPMorgan Chase Bank, N.A. ("JPMC" and together, with Plaintiffs, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on May 12, 2022, Plaintiff filed the Complaint in the United States District Court for the Eastern District of California (Dkt. No. 1);

WHEREAS, JPMC was served with the Complaint on May 17, 2022;

WHEREAS, on June 3, the Parties previously agreed to a twenty-eight (28) day extension of JPMC's deadline to respond to the complaint, pursuant to L.R. 144(a), up to and including July 5, 2022 (Dkt. No. 12);

1    WHEREAS, JPMC requires additional time to conduct a preliminary

2  investigation of the allegations at issue in this case and to respond to the Complaint,

3  and therefore the Parties have agreed to extend the date by which JPMC must answer

4  or otherwise respond by seven (7) days;

5    WHEREAS, this stipulation is submitted in good faith and not for purposes of

6  delay;

7    WHEREAS, this stipulation is made without prejudice to, or waiver of, any

8  rights or defenses otherwise available to the Parties in this action;

9    WHEREAS, this change in deadline will not alter the date of any event or any

10  other deadline already fixed by Court order, the Local Rules, or the Federal Rules of

11  Civil Procedure.

12    NOW, THEREFORE, IT IS HEREBY STIPULATED by and between

13  Plaintiff and JPMC, through their respective counsel of record, that JPMC shall have

14  a seven (7) day extension of time, to and including July 12, 2022, to file its response

15  to the Complaint.

16  //

17  //

18  //

19  //

20  //

Dated:  June 29, 2022

21

22

23

24

25

26

27

28

STROOCK & STROOCK & LAVAN LLP
ARJUN P. RAO
JULIETA STEPANYAN
ALINA N. EDEP


By: _____/s/ Alina N. Edep_____
                  Alina N. Edep

Attorneys for Defendant
   JPMORGAN CHASE BANK, N.A.

STIPULATION FOR EXTENSION OF TIME FOR
JPMORGAN CHASE BANK, N.A. TO RESPOND TO COMPLAINT
CASE NO. 2:22-cv-00806-TLN-JDP

Dated:  June 29, 2022

THE CARDOZA LAW
CORPORATION
LAUREN B. VEGGIAN


By:  */s/ Lauren B. Veggian*
         Lauren B. Veggian

Attorneys for Plaintiffs
KATHY AND LORING CAPPS

IT IS SO ORDERED.


Dated:  June 29, 2022

Troy L. Nunley
United States District Judge

-2-

STIPULATION FOR EXTENSION OF TIME FOR
JPMORGAN CHASE BANK, N.A. TO RESPOND TO COMPLAINT
CASE NO. 2:22-cv-00806-TLN-JDP