STROOCK & STROOCK & LAVAN LLP
ARJUN P. RAO (State Bar No. 265247)
JULIETA STEPANYAN (State Bar No. 280691)
ALINA N. EDEP (State Bar No. 341169)
2029 Century Park East, Suite 1800
Los Angeles, CA 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
Email: *lacalendar@stroock.com*

Attorneys for Defendant
  JPMORGAN CHASE BANK, N.A.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHY CAPPS AND LORING CAPPS,<br><br>          Plaintiffs,<br><br>     vs.<br><br>JPMORGAN CHASE BANK, N.A., EXPERIAN INFORMATION SOLUTIONS, INC., AND TRANS UNION LLC,<br><br>          Defendants. | Case No. 2:22-cv-00806-TLN-JDP<br><br>[Assigned to the Hon. Troy L. Nunley]<br><br>**STIPULATION AND ORDER TO FURTHER EXTEND RESPONSE DEADLINE OF DEFENDANT JPMORGAN CHASE BANK, N.A.**<br><br>Complaint Served: May 12, 2022<br>Current Response Date: July 12, 2022<br>New Response Date: July 26, 2022 |

STIPULATION AND [PROPOSED] ORDER TO FURTHER EXTEND RESPONSE DEADLINE
OF DEFENDANT JPMORGAN CHASE BANK, N.A.
CASE NO. 2:22-cv-00806-TLN-JDP

LA 52679612

Plaintiffs Kathy and Loring Capps ("Plaintiffs") and defendant JPMorgan Chase Bank, N.A. ("JPMC" and together, with Plaintiffs, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on May 12, 2022, Plaintiff filed the Complaint in the United States District Court for the Eastern District of California (Dkt. No. 1);

WHEREAS, JPMC was served with the Complaint on May 17, 2022;

WHEREAS, on June 3, the Parties previously agreed to a twenty-eight (28) day extension of JPMC's deadline to respond to the complaint, pursuant to L.R. 144(a), up to and including July 5, 2022 (Dkt. No. 12);

WHEREAS, on June 29, 2022, the Parties previously agreed to a further seven (7) day extension of JPMC's deadline to respond to the complaint, up to and including July 12, 2022 (Dkt. No. 17);

WHEREAS, JPMC requires additional time to conduct a preliminary investigation of the allegations at issue in this case and to respond to the Complaint, and therefore the Parties have agreed to extend the date by which JPMC must answer or otherwise respond by fourteen (14) days;

WHEREAS, this stipulation is submitted in good faith and not for purposes of delay;

WHEREAS, this stipulation is made without prejudice to, or waiver of, any rights or defenses otherwise available to the Parties in this action;

WHEREAS, this change in deadline will not alter the date of any event or any other deadline already fixed by Court order, the Local Rules, or the Federal Rules of Civil Procedure.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and JPMC, through their respective counsel of record, that JPMC shall have a fourteen (14) day extension of time, to and including July 26, 2022, to file its response to the Complaint.

//

| | | |
|---|---|---|
| 1 | Dated: July 8, 2022 | STROOCK & STROOCK & LAVAN LLP<br>ARJUN P. RAO<br>JULIETA STEPANYAN<br>ALINA N. EDEP |

By: */s/ Alina N. Edep*
 Alina N. Edep

Attorneys for Defendant
 JPMORGAN CHASE BANK, N.A.

Dated: July 8, 2022 THE CARDOZA LAW
 CORPORATION
 LAUREN B. VEGGIAN

By: */s/ Lauren B. Veggian*
 Lauren B. Veggian

Attorneys for Plaintiffs
 KATHY AND LORING CAPPS

IT IS SO ORDERED.

Dated: July 8, 2022

 Troy L. Nunley
 United States District Judge