1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT FOR

# THE EASTERN DISTRICT OF CALIFORNIA

12 | KATHY CAPPS AND LORING CAPPS,
13
      Plaintiffs                            Case No. 2:22-cv-00806-TLN-JDP
14
   vs.                                      [Assigned to the Hon. Troy L. Nunley]
15
   JPMORGAN CHASE BANK, N.A.,               **ORDER GRANTING**
16 | EXPERIAN INFORMATION                   **STIPULATION TO ARBITRATE**
   SOLUTIONS, INC., AND TRANS               **AND STAY ACTION**
17 | UNION LLC,
18      Defendants.
19
20
21
22
23
24
25
26
27
28

## ORDER

Having reviewed the parties' Stipulation to Arbitrate and Stay Action, and finding good cause, the Stipulation is **GRANTED**. The case is **STAYED** against defendant JPMorgan Chase Bank, N.A. pending completion of arbitration proceedings between Plaintiffs and JPMorgan Chase Bank, N.A. pursuant to operative arbitration agreement contained in Plaintiffs' Cardmember Agreement, including relevant Changes in Terms.

**IT IS SO ORDERED.**

Dated: July 22, 2022

Troy L. Nunley
United States District Judge